FILED
08 JUL -9 PM 3:31
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUAN OCHOA PEREZ )
                          ) CV 08    3300
           Plaintiff,     ) CASE NO. _____
                          )
    vs.                   ) PRISONER'S
                          ) APPLICATION TO PROCEED
COUNTY OF SAN MATEO       ) IN FORMA PAUPERIS
                          )
           Defendant.     )
_____)

JF (PR)

I, Juan Ochoa Perez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Farm worker; 2005
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,             Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                         Yes ___ No ✓
14    d.   Pensions, annuities, or                Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.    Are you married?                         Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     _____NONE._____
6     _____

7  5.  Do you own or are you buying a home?        Yes ____ No ✔
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                   Yes ____ No ✔
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✔ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ✔ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✔
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ _None_____ Utilities: _None_____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 _None_____            $ _____                $ _____
27 _____            $ _____                $ _____
28 _____            $ _____                $ _____    9.  Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_No_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_June 18, 2008_           _PEREZ JUAN_

DATE                    SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _JUAN OCHOA PEREZ_ for the last six months at

_California Men's Colony_ where (s)he is confined.

[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____            _____
                              [Authorized officer of the institution]

June 20, 2008

Juan Perez F05615
Calif. Men's Colony
P.O. Bx 8103
San Luis Obispo, Ca
93403-8103

Clerk of the Court
U.S. District Ct.
235 Pine St.
San Francisco, Ca 94104-2xx

E-filing

JF

CV 08  3300

(PR)

Re: New Civil Rights & Supplemental State Tort Filing

Dear Clerk,

I have sent to our Trust Accounting Dept., the <u>original</u> complaint and exhibits, along with the In Forma Pauperis application and 'Certificate', for completion of the IFP verification and then mailing of all original documents to your court.

However, as the original was placed for Trust Acct. completion on 6/19/08, per the "prison mailbox rule" (Houston v. Lack (1988) 108 SCT 2379, 2385) the filing date is 6/19/08.

I am enclosing 'my' copy for you to hold until receipt of the originals via prison Trust Accounting Dept. and prison mail room. Afterwards can you return my copy, conformed with a case #?

Thank You

Juan Perez
BRJ

((The Complaint and this Letter prepared by inmate legal assistants as plaintiff is an illiterate Mexican national))