United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN OCHOA PEREZ, )
         Plaintiff, ) No. C 08-03300 JF (PR)
  vs. ) ORDER OF DISMISSAL
COUNTY OF SAN MATEO, et al., )
         Defendant(s). )

Plaintiff, a California inmate, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed in forma pauperis. (Docket No. 2.) Plaintiff's complaint is identical to a complaint filed prior to this action which is currently pending before the Honorable Judge Thelton E. Henderson: Case No. C 08-03290 TEH (PR).   A complaint that merely repeats pending or previously litigated claims may be dismissed under the authority of 28 U.S.C. § 1915. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988). This action is duplicative of an earlier complaint filed in this Court that is currently pending. As such, Plaintiff's complaint is DISMISSED as duplicative and for failure to state a claim for relief.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Perez3300_dism-dupl.wpd

1  For the foregoing reasons, Plaintiff's action is DISMISSED for failure to
2  state a claim upon which relief may be granted. 28 U.S.C. § 1915A. The Clerk of
3  Court shall terminate all pending motions, enter judgment and close the file.

4  IT IS SO ORDERED.

6  DATED: 7/18/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Perez3300_dism-dupl.wpd    2