NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN OCHOA PEREZ,

    Plaintiff,

vs.

COUNTY OF SAN MATEO, et al.,

    Defendant(s).

No. C 08-03300 JF (PR)

JUDGMENT

For the reasons stated in the order of dismissal, this case is DISMISSED for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Judgment is entered accordingly.

IT IS SO ORDERED.

DATED: 7/18/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Perez3300_judgment.wpd